No. _CR 08 00076 JW_

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

PVT e-FILING

FILED FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

## THE UNITED STATES OF AMERICA

*vs.*

## FRANK GEMBECK, JR.

---

## INDICTMENT

**COUNT ONE:**    18: U.S.C. Section 2252(a)(2): Receipt of Child Pornography;

**COUNT TWO:**    18 U.S.C. Section 2252(a)(4)(B): Possession of Child Pornography

---

*A true bill.*

_____
Foreperson

Filed in open court this __13th__ day of __February__

A.D. 2008

_____
United States Magistrate Judge

arrest warrant

Bail. $ __NO Bail__

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK GEMBECK, JR.,<br><br>  Defendant. | CR No. 08 00076 JWPVT<br><br>VIOLATIONS:<br><br>18 U.S.C. § 2252(a)(2)(A) - Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography; 18 U.S.C. §§ 2253(a)(1) & (a)(3) - Criminal Forfeiture<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about May 12, 2006, in the Northern District of California, the defendant,

FRANK GEMBECK, Jr.,

did knowingly and intentionally receive child pornography that had been transported or shipped in interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252(a)(2)(A) and 2252(b)(1).

///

///

**INDICTMENT**

| | |
|---|---|
| 1 | COUNT TWO |

On or about May 12, 2006, in the Northern District of California, the defendant,

FRANK GEMBECK, Jr.,

did knowingly and intentionally possess matter which contains any visual depiction of a minor engaging in sexually explicit conduct that has been mailed, or shipped or transported in interstate or foreign commerce by any means including by computer in violation of Title 18, United States Code, Section 2252(a)(4)(B) & 2252(b)(2).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

Upon a conviction for the offense alleged above, the defendant,

FRANK GEMBECK Jr.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3) all visual depictions described in Title 18, United States Code Section 2252A, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to a Dell Dimension desktop personal computer, model 4700, serial number OX6252-70821-4AP-G6MQ; Fuji Film DVD+R labeled "Y1 AK 7-28-05", Fuji Film DVD+R labeled "Y2 AK 7-28-05", Fuji film DVD+R labeled "Y3 AK 7-28-05", and any other computer storage media that were seized from the defendant's residence.

Dated: February 13, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____ )
　　　　　　　　　　　　AUSA Richard C. Cheng

INDICTMENT                                        2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(2)(A) - Receipt of Child Pornography - Mandatory minimum 5 years imprisonment, but not more than 20 years.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: (18 U.S.C. § 2252(a)(2)(A) Class C Felony); $250,000 fine; 3 years supervised release; $100 mandatory special assessment.
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography - 10 years imprisonment (Class C Felony); $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
▶ FRANK GEMBECK, JR.

DISTRICT COURT NUMBER
CR 08 00076 JW PVT

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
San Jose FBI - SA Wade Luders

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   RICHARD CHENG

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:         Before Judge:

Comments: