UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 2/25/2008
**Case No.:** CR-08-0076 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Gina Colin
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Frank Gembeck Jr. (NC)

**Attorney(s) for Plaintiff(s):** Jeff Schenk for Richard Cheng
**Attorney(s) for Defendant(s):** Richard Pointer

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant present and not custody for proceedings. This is the Defendant's Initial appearance before this Court. The Court continued this matter to March 17, 2008 at 1:30 PM for Setting/Disposition . Time is excluded from February 25, 2008 through March 17, 2008 for the parties effort to resolve this matter short of trial.

**Last Date for Trial: April 29, 2008.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: