UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 3/17/2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-0076 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

U.S.A. v. Frank Gembeck, Jr  (NC)

**Attorney(s) for Plaintiff(s):** Richard Cheng
**Attorney(s) for Defendant(s):** Richard Pointer

## PROCEEDINGS

Status re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held.  Defendant Gembeck present and not in custody for proceedings.  The Court continued this matter to April 21, 2008 at 1:30 PM for Setting/Disposition.  Time is excluded from March 17, 2008 to April 21, 2008 for efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: