## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | **RE:** | Gembeck, Frank Jr. |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR08-00076 JW |
| **DATE:** | April 8, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Brad T. Wilson__                                    __415-436-7511__
U.S. Pretrial Services Technician                TELEPHONE NUMBER

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __5__ on __April 10, 2008__ at __10:00 AM__.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge __Trumbull__ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

　1.　The defendant shall not possess any firearms, destructive devices, or other dangerous weapons;

　2.　The defendant shall comply with the following curfew: _to be specified by the Court_ ;

　3.　The defendant shall have no contact with any children(s)/minor(s) under the age of 18 without a parent or legal guardian present; and

　4.　The defendant shall not change residence without prior approval from Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Patricia V. Trumbull_                           __4/8/08__
JUDICIAL OFFICER                              DATE

FILED
APR 08 2008