| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 20 min. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | REPORTER/FTR<br>FTR: 10:10 10:30 | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>4/10/08 | NEW CASE<br>☐ | CASE NUMBER<br>CR 08-00076 JW |

| APPEARANCES ||||||
|---|---|---|---|---|---|
| DEFENDANT<br>Frank Gembeck | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Richard Pointer | PD. ☐ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>J. Schenk for R. Cheng | INTERPRETER || ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D ||
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>A. Granados || ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES ☐ ||

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ || CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ ||
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF |||||

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING || ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

BAIL REVIEW HEARING HELD. THE COURT ORALLY ADDED CONDITIONS ON BOND DEFENDANT NOT TO POSSESS FIREARMS, CURFEW, ELECTRONIC MONITORING, DEFENDANT SHALL NOT CHANGE RESIDENCE, NO CONTACT WITH MINORS AND COMPUTER SOFTWARE ADDED TO COMPUTER. PRETRIAL SERVICES TO SUBMIT PROPOSED ORDER REGARDING ADDED CONDITIONS.