PROPOSED ORDER/COVER SHEET

TO: Honorable Patricia Trumbull  
U.S. Magistrate Judge

RE: Gembeck, Frank Jr.

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR08-00076

DATE: April 10, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados  
U.S. Pretrial Services Officer

(408) 535-5223  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

1. The defendant shall not possess any firearms, destructive devices, or other dangerous weapons;

2. The defendant shall submit to electronic monitoring and comply with a curfew of 8pm to 8am unless otherwise approved in advance by Pretrial Services;

3. The defendant shall have no contact with any children(s)/minor(s) under the age of 18 without a parent or legal guardian present;

4. The defendant shall not change residence without prior approval from Pretrial Services;

5. Pretrial Services shall be allowed to install monitoring software on the defendant's home computer and his computer shall be subject to warrantless search and inspection by Pretrial Services. Any other computers in the defendant's home shall be password protected and he shall not be allowed to use them.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Patricia V. Trumbull_  
JUDICIAL OFFICER

4/11/08  
DATE