UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 4/21/2008  
**Case No.:** CR-08-0076 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

### TITLE

U.S.A. v. Frank Gembeck, Jr. (NC)

**Attorney(s) for Plaintiff(s):** Richard Cheng  
**Attorney(s) for Defendant(s):** Jack Gordon for Richard Pointer

### PROCEEDINGS

Status Hearing re Setting/Disposition

### ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Court continued this matter to May 12, 2008 at 1:30 PM for Setting/Disposition Hearing. Time is excluded from April 21, 2008 through May 12, 2008 to accommodate defendant's state jury trial proceedings and continuity of counsel.

_Elizabeth C. Garcia_  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: