## PROPOSED ORDER/COVER SHEET

TO:      **Honorable Patricia Trumbull**              RE:    **Frank Gembeck Jr**
         **U.S. Magistrate Judge**


FROM:    **Claudette M. Silvera, Chief**             DOCKET NO.:    **CR08-00076**
         **U.S. Pretrial Services Officer**


### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Laura Weigel**                                      **408-535-5230**
**U.S. Pretrial Services Officer**                    **TELEPHONE NUMBER**

RE:    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

*FILED*

*MAY 1 2 2008*

*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

☐    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑    Modification(s)

     A. The defendant shall immediately surrender all passports (if found) to the Court Clerk's Office.

     B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

     _____

     _____

     _____


*Patricia V Trumbull*                                 *May 12, 2008*
**JUDICIAL OFFICER**                                  **DATE**


**Cover Sheet** (12/03/02)