UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 5/12/2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-08-0076 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

U.S.A. v. Frank Gembeck (NC)

**Attorney(s) for Plaintiff(s):** Richard Cheng
**Attorney(s) for Defendant(s):** Richard Pointer

## PROCEEDINGS

Status Hearing re Setting/Disposition

## ORDER AFTER HEARING

**Hearing Held. Defendant present and not in custody for proceedings. The Court continued this matter to June 23, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from May 12, 2008 through June 23, 2008 for efforts to resolve this matter short of trial.**

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: