UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** June 23, 2008
**Case No.:** CR- 08-0076  JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Lee-Anne Shortridge
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v.  Frank Gembeck Jr (NC)

**Attorney(s) for Plaintiff(s):** Richard Cheng
**Attorney(s) for Defendant(s):** Richard Pointer

## PROCEEDINGS

Status re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held.  Defendants present and not in custody for proceedings.  The Court continued this matter to September 15, 2008 at 1:30 PM for Setting/Disposition.  Time is excluded from June 23, 2008 through September 15, 2008 to accommodate discovery disclosure and for efforts to resolve this matter short of trial.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: