ALAN ELLIS, ESQUIRE
Law Offices of Alan Ellis
495 Miller Avenue, Suite 201
Mill Valley, CA 94941
415-380-2550 Phone
415-380-2555 Fax

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>FRANK GEMBECK, JR.,<br><br>        Defendant | Case No.: CR 08-00076-JW<br><br>ENTRY OF APPEARANCE |

Kindly enter my appearance on behalf of Frank Gembeck, Jr., the Defendant in the above referenced matter.

Dated this 26th day of August, 2008.

*/s/ Alan Ellis*

ALAN ELLIS
LAW OFFICES OF ALAN ELLIS
495 Miller Avenue, Suite 201
Mill Valley, CA 94941
415-380-2550 Phone
415-380-2555 Fax

Entry of Appearance - 1