ALAN ELLIS, ESQUIRE
Law Offices of Alan Ellis
495 Miller Avenue, Suite 201
Mill Valley, CA 94941
415-380-2550 Phone
415-380-2555 Fax

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>FRANK GEMBECK, JR.,<br><br>    Defendant | Case No.: CR08-00076-JW<br><br>STIPULATION TO CONTINUE<br>STATUS HEARING |

It is hereby stipulated between counsel for the Plaintiff and counsel for the Defendant that the status conference in the above captioned case scheduled for September 15 at 1:30 p.m. be continued until September 22 at 1:30 p.m. due to unavailability of Alan Ellis, counsel for the Defendant.

LAW OFFICES OF ALAN ELLIS

BY:  /s/_____
ALAN ELLIS
Attorney for Defendant

UNITED STATES OF AMERICA

BY:  /s/_____
RICHARD CHENG
Attorney for Plaintiff

Stipulation to Continue Status Hearing - 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK GEMBECK, JR.,<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br><br>ORDER |

It is hereby ordered that the status conference scheduled for 1:30 pm on September 15 be continued until 1:30 p.m. on September 22, 2008.

BY THE COURT:

_____
　　　　　　　　　　　　　　　　　　J.