ALAN ELLIS, ESQUIRE
Law Offices of Alan Ellis
495 Miller Avenue, Suite 201
Mill Valley, CA 94941
415-380-2550 Phone
415-380-2555 Fax

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>FRANK GEMBECK, JR.,<br><br>        Defendant | Case No.: CR08-00076-JW<br><br>STIPULATION TO WITHDRAW STIPULATION/MOTION TO CONTINUE STATUS HEARING FROM SEPTEMBER 15, 2008 TO SEPTEMBER 22, 2008 AND TO RESET TO SEPTEMBER 15, 2008 at 1:30 PM |

On or about August 26, 2008 Defendant and the government filed a Stipulation requesting a continuance of the status hearing in this case scheduled for September 15, 2008 at 1:30 pm until September 22, 2008 at 1:30 pm due to the unavailability of defense counsel.

This stipulation is still pending.

In the meantime, the United States District Court for the Central District of California before whom defense counsel was previously scheduled for sentencing on September 15 has *sua sponte* rescheduled the sentencing until September 22, 2008. Hence, defense counsel is not unavailable on September 22 and wishes to have the status hearing remain on the previously

1 | scheduled date of September 15, 2008 at 1:30 pm.

                                    LAW OFFICES OF ALAN ELLIS


                                    BY:   /s/_____
                                          ALAN ELLIS
                                          Attorney for Defendant

                                    UNITED STATES OF AMERICA


                                    BY:   /s/_____
                                          RICHARD CHENG
                                          Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>FRANK GEMBECK, JR.,<br><br>        Defendant | ) Case No.: CR08-00076-JW<br>)<br>) PROPOSED ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

It is hereby ordered that the status conference scheduled for 1:30 pm on September 15 remain on that date at 1:30 pm.

BY THE COURT:

_____

J.