

12/12/2008

1  ALAN ELLIS, ESQUIRE
   Law Offices of Alan Ellis
2  495 Miller Avenue, Suite 201
   Mill Valley, CA 94941
3  415-380-2550 Phone
   415-380-2555 Fax
4
   Attorney for Defendant
5
                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7
                          SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,        ) Case No.: CR08-00076-JW
          Plaintiff,                )
9                                   ) STIPULATION TO CONTINUE
       vs.                          ) SENTENCING
10                                  )
   FRANK GEMBECK, JR.,              ) January 26, 2009
11                                  ) 1:30 pm
          Defendant                 ) Courtroom 8, 4th Floor
12                                  ) San Jose
   _____)
13

14       Sentencing is currently scheduled for January 26, 2009, at 1:30 pm. This means

15  that the draft Presentence Investigation Report will be issued on December 22, 2008. Alan Ellis,

16  Esquire, attorney for Defendant, Frank Gembeck, Jr., will be on vacation in China from

17  December 20 through January 8 and as such will be unable to file objections to the draft

18  Presentence Investigation Report. Accordingly, the parties have agreed with the U.S. Probation

19  Officer' concurrence that it would be acceptable to continue the sentencing for six weeks, i.e.,

    until March 9 at 1:30 pm.
20
                                     LAW OFFICES OF ALAN ELLIS
21
                                     BY:   /s/_____
22                                         ALAN ELLIS
                                           Attorney for Defendant
23
                                     UNITED STATES OF AMERICA
24
                                     BY:   /s/_____
25                                         RICHARD CHENG
                                           Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>FRANK GEMBECK, JR.,<br><br>      Defendant | ) Case No.: CR08-00076-JW<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

It is hereby ordered that the sentencing scheduled for 1:30 pm on January 26, 2009 be continued until 1:30 p.m. on March 9, 2009 at 1:30 PM

BY THE COURT:

Dated: December 12, 2008

_____
JAMES WARE, U.S. DISTRICT COURT JUDGE

Stipulation to Continue Sentencing - 2