ALAN ELLIS, ESQUIRE
Law Offices of Alan Ellis
495 Miller Avenue, Suite 201
Mill Valley, CA 94941
415-380-2550 Phone
415-380-2555 Fax

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>vs.<br><br>FRANK GEMBECK, JR.,<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: CR 08-00076-JW<br><br>STIPULATION TO SEAL DOCUMENTS |

It is hereby stipulated between Richard Cheng, Esquire, counsel for the Plaintiff and Alan Ellis, Esquire, counsel for the Defendant that Defendant's Request to be Continued on Bond Pending Sentencing and for Self-Surrender (docket no. 24) and Defendant's Sentencing Memorandum and Objections to Presentence Report; Exhibits (docket no. 31) be sealed.

LAW OFFICES OF ALAN ELLIS

BY: /s/_____
ALAN ELLIS
Attorney for Defendant

UNITED STATES OF AMERICA

BY: /s/_____
RICHARD CHENG
Attorney for Plaintiff

Stipulation to Seal Documents - 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>FRANK GEMBECK, JR.,<br><br>　　　　Defendant | ) ) ) ) ) ) ) ) ) ) ) | Case No.: CR08-00076-JW<br><br>ORDER |

It is hereby ordered that Defendant's Request to be Continued on Bond Pending Sentencing and for Self-Surrender (docket no. 24) and Defendant's Sentencing Memorandum and Objections to Presentence Report; Exhibits (docket no. 31) be sealed.

BY THE COURT:

_____
　　　　　　　　　　　　　　　　　　　　J.