**GRANTED**
/s/ James Ware
Judge James Ware

4/24/2009

1  ALAN ELLIS, ESQUIRE
   Law Offices of Alan Ellis
2  495 Miller Avenue, Suite 201
   Mill Valley, CA 94941
3  415-380-2550 Phone
   415-380-2555 Fax
4
   Attorney for Defendant
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 08-00076-JW |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO SEAL DOCUMENTS |
| FRANK GEMBECK, JR., | ) |
| Defendant | ) |

It is hereby stipulated between Richard Cheng, Esquire, counsel for the Plaintiff and Alan Ellis, Esquire, counsel for the Defendant that Defendant's Request to be Continued on Bond Pending Sentencing and for Self-Surrender (docket no. 24) and Defendant's Sentencing Memorandum and Objections to Presentence Report; Exhibits (docket no. 31) be sealed.

LAW OFFICES OF ALAN ELLIS

BY:  /s/
     ALAN ELLIS
     Attorney for Defendant

UNITED STATES OF AMERICA

BY:  /s/
     RICHARD CHENG
     Attorney for Plaintiff

Stipulation to Seal Documents - 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>FRANK GEMBECK, JR.,<br><br>    Defendant | ) Case No.: CR08-00076-JW<br>)<br>) ORDER GRANTING STIPULATION TO<br>) SEAL DOCUMENTS<br>)<br>)<br>)<br>)<br>) |

It is hereby ordered that Defendant's Request to be Continued on Bond Pending Sentencing and for Self-Surrender (docket no. 24) and Defendant's Sentencing Memorandum and Objections to Presentence Report; Exhibits (docket no. 31) be sealed.

BY THE COURT:

Dated: April 24, 2009

_____
United States District Judge James Ware